Frank R. OWENS, Appellant,

v.

Tim SEVERIN; John Ault; Jack Bates, c/o; Donald Schbrenner; Darrell Moeller, Appellees.

No. 08–1973.

United States Court of Appeals, Eighth Circuit.

Submitted: Oct. 15, 2008.

Filed: Oct. 30, 2008.

Frank R. Owens, Fort Madison, IA, pro se.

Forrest Guddall, William Allen Hill, Attorney General's Office, Des Moines, IA, for Appellee.

Before WOLLMAN, SMITH, and GRUENDER, Circuit Judges.

PER CURIAM.

In these consolidated matters, we affirmed, or dismissed for lack of jurisdiction, all but one of the district court's[1] rulings, that being the denial of Owens's motion for substitute counsel in No. 08–1973. We remanded that aspect of the appeal for a fuller explanation by the district court of the basis of its decision to deny that motion. *See Owens v. Severin,* 293 Fed.Appx. 425 (8th Cir.2008).

Having reviewed the district court's promptly filed and fully explicated re-

---

1. The Honorable Robert W. Pratt, Chief Judge, United States District Court for the Southern District of Iowa.

sponse to the remand, we conclude that the district court "exercised a reasoned and well-informed discretion" in denying the motion. *See Slaughter v. City of Maplewood,* 731 F.2d 587, 589 (8th Cir.1984).

Accordingly, we now affirm the denial of the motion for substitute counsel.